IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:13CR139 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Senior Judge Christopher A. Boyko |
| | ) | |
| MARK A. BLACKBURN, | ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

This matter was before the Court on April 6, 2021, for hearing on the Government's request for revocation of Defendant Mark A. Blackburn's supervised release.  The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate Judge David A. Ruiz on March 1, 2021, at which time the Defendant admitted to the following violations: (1) Illicit drug use; (2) Failure to submit urine screen; (3) Failure to follow U.S. Probation Officer's Instructions; (4) Failure to attend substance abuse treatment sessions; 95) New law violation; and (6) Possession or access to a firearm or ammunition.  The Magistrate Judge issued a Report and Recommendation on March 22, 2021.  The Court adopts the Magistrate Judge's Report and Recommendation and Court finds Defendant in violation and revokes supervised release.

The Defendant is sentenced to custody of Bureau of Prisons (BOP) for a term of eighteen (18) months with credit for time served.  Upon release, 18 months of Supervised Release to follow with the added condition that defendant participate in Cognitive Behavioral Therapy.  Defendant waived reading of appellate rights.  The Defendant is remanded to custody.

IT IS SO ORDERED.

DATED: April 6, 2021

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE